(97 South. 111)
### Ex parte CURB. (2 Div. 816.)

(Supreme Court of Alabama. June 14, 1923.)

Certiorari to Court of Appeals.

Petition of W. E. Curb for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Curb v. Dabbs & Tannehill, 19 Ala. App. 149, 97 South. 109.

J. F. Thompson, of Birmingham, and R. B. Evins, of Greensboro, for petitioner.

S. H. Sprott, of Tuscaloosa, and W. L. Hogue, of Marion, opposed.

SOMERVILLE, J. Writ denied.